

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-13-00905-CV

Style:                  Anthonia U. Nwankwo

                         **v.** Sunny Nwankwo

Date motion filed*:      February 18, 2014

Type of motion:         Motion for extension of time to file reporter's record

Party filing motion:     Court reporter

Document to be filed:   Reporter's record

Is appeal accelerated?     No

If motion to extend time:
        Original due date:              December 2, 2013
        Number of previous extensions granted:        Current Due date:
        Date Requested:            March 30, 2014

Ordered that motion is:

        ☑        Granted

                If document is to be filed, document due:  **March 30, 2014**

                ☐        The Court will not grant additional motions to extend time absent extraordinary circumstances.

        ☐        Denied

        ☐        Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐        Other: _____

Judge's signature:   /s/ Terry Jennings
                      ☑ Acting individually    ☐ Acting for the Court

Panel consists of     _____

Date:  February 27, 2014

November 7, 2008 Revision